Revised 03/06 WDNY

FILED
CLERK, U.S. DISTRICT COURT

**JUL 3 1 2024**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ MRV _____ DEPUTY

**UNITED STATES DISTRICT COURT**
~~WESTERN~~ **DISTRICT OF** ~~NEW YORK~~
Central          California

**FORM TO BE USED IN FILING A COMPLAINT**  2:24CV 06528-JFW-AJR
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.**    **Full Name And Prisoner Number of Plaintiff:  NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status,* ***each*** *plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Jonathan Ramone Franklin          #18852-047

2. _____

-VS-

**B.**    **Full Name(s) of Defendant(s)  NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of* ***all*** *parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Physicians Assistant Jose Esquetini     4. Corrections Officer John Doe
2. Health Service Administrator Gilliam     5. _____
3. Property Correction Officer Gonzalez     6. The United States of America pursuant to the Federal Tort Claims Act

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States.  This action is brought pursuant to 42 U.S.C. § 1983.  The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.  Bivens action pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971)

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Jonathan Ramone Franklin  #18852-047

Present Place of Confinement & Address: Federal Correctional Institution: Ray Brook
P.O. Box 900
Ray Brook, NY 12977

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

_____

_____

**DEFENDANT'S INFORMATION  NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Physicians Assistant Jose Esquetini

(If applicable) Official Position of Defendant: Physicians Assistant

(If applicable) Defendant is Sued in ___X___ Individual and/or ___X___ Official Capacity

Address of Defendant: United States Penitentiary: Victorville

---

Name of Defendant: Health Services Administrator Gilliam

(If applicable) Official Position of Defendant: Health Service Administrator

(If applicable) Defendant is Sued in ___X___ Individual and/or ___X___ Official Capacity

Address of Defendant: United States Penitentiary: Victorville

---

Name of Defendant: C.O. Gonzalez

(If applicable) Official Position of Defendant: Property Corrections Officer

(If applicable) Defendant is Sued in ___X___ Individual and/or ___X___ Official Capacity

Address of Defendant: United States Penitentiary: Victorville

---

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
      Yes_____    No__X__

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

2.    Court (if federal court, name the district; if state court, name the county):_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

2

5.      The approximate date the action was filed:_____

6.      What was the disposition of the case?

        Is it still pending?  Yes____  No____

              If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

        ____ Dismissed (check the box which indicates why it was dismissed):

                  ____      By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

                  ____      By court for failure to exhaust administrative remedies;

                  ____      By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

                  ____      By court due to your voluntary withdrawal of claim;

        ____ Judgment upon motion or after trial entered for

              ____ plaintiff

              ____ defendant.

B.      Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?
        Yes____    No__X__

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.      Name(s) of the parties to this other lawsuit:

              Plaintiff(s):_____

              _____

              Defendant(s):_____

              _____

2.      District Court:_____

3.      Docket Number:_____

4.      Name of District or Magistrate Judge to whom case was assigned:_____

              _____

5.      The approximate date the action was filed:_____

6.      What was the disposition of the case?

        Is it still pending?  Yes____  No____

              If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

      _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

      _____ By court for failure to exhaust administrative remedies;

      _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

      _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

    _____ plaintiff

    _____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection

- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect

- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action. *Exhausted administrative remedies and attached as exhibits.*

4

**A. FIRST CLAIM:** On (date of the incident) October 26, 2021 ,
defendant (give the **name and position held** of **each defendant** involved in this incident) Property Corrections Offc. Gonzalez & C.O. John Doe (?)

did the following to me (briefly state what each defendant named above did): C.O. John Doe physically relieved me of my medically prescribed scrotum support strap upon entrance to the SHU. C.O. John Doe gave it to Property Officer Gonzalez right in front of me. When my one testicle hit the floor during the visual body inspection, I stated that I "obviously needed the support strap for legitimate medical reasons." They laughed at me. I begged and pleaded with both these officers to give it back. I also showed them my Medical Duty Status form (attached as Exhibit J) medically approving my possession, to no avail.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: "deliberate indifference" to my serious medical needs in violation of the Cruel and Unusual Punishment Clause of the Eighth Amend.

The relief I am seeking for this claim is (briefly state the relief sought): Three million dollars in damages.

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _X_ Yes ____ No   If yes, what was the result? They were suppose to give it back but still never did.

Did you appeal that decision? _X_ Yes ____ No   If yes, what was the result? Region deferred to the fact that I had been transferred from USP Victorville to claim it was "moot."

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Attached as Exhibit E and G

**A. SECOND CLAIM:** On (date of the incident) October 26, 2021 until February 27, 2023
defendant (give the **name and position held** of **each defendant** involved in this incident) PA Jose Esquetini and HSA Gilliam

did the following to me (briefly state what each defendant named above did): maliciously denied me any medical care. The first time I notified Esquetini about the confiscation of my scrotal support straps while in the SHU, and the excruciating pain I was experiencing, he unequivocally stated to me: "to go fuck yourself. If you even still can" while proceeding to just walk away. HSA Gilliam would always tell me and other staff members that he "would see me soon", but never did. For over a year. These two defendants were repeatedly made aware that I needed medical attention but blatantly disregarded my health resulting in more severe medical problems and pain. The constitutional basis for this claim under 42 U.S.C. § 1983 is: "deliberate indifference" to my serious medical needs in contravention of the 8th Amendments: Cruel & Unusual Punishment Clause

The relief I am seeking for this claim is (briefly state the relief sought): Three million dollars in damages.

_____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? __X__ Yes _____ No  If yes, what was the result? Medical was suppose to see me but they still never did.

Did you appeal that decision? __X__ Yes _____ No  If yes, what was the result? Nothing

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Exhausted and hereby attached as Exhibit B and C

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Three million dollars in damages.

_____

_____

_____

Do you want a jury trial? Yes __X__ No_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____ July 24 2024 _____
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____ Jonathan Franklin _____

_____

Signature(s) of Plaintiff(s)

## Additional Legal Claims

1) The plaintiff hereby also makes these claims against the United States of America pursuant to the Federal Tort Claims Act.

2) This is based on the additional injury and pain caused by the negligence of prison officials and medical staff at USP-Victorville.

3) Under California law, all of the necessary elements have been satisfied in this petition based on the inadequate medical care the plaintiff received for his testicular/torsion problems.

4) Plaintiff has adequately shown that he repeatedly sought medical attention-and requested that his medically prescribed scrotal support straps be returned to him, after it was maliciously confiscated without any justification whatsoever - because he was having serious problems and severe pain.

5) The United States of America, USP-Victorville, and the above-named defendants owed him a general duty of care and egregriously failed to provide any adequate treatment for his testicular problems.

6) This has directly resulted in impotence, pain, and urinary problems and the possibility of the plaintiff having to have his other testicle also removed. This obviously has affected his ability to perform daily activities.

7

# Chronology of Events

1) Plaintiff arrived at USP-Victorville, and while undergoing the routine intake process, prison staff immediately retrieved his scrotum support straps and gave them to him because in their own words: "medical staff will fuck around and let you die here."

2) Plaintiff never saw medical even once from the time he arrived there in 2019 until he was transferred in February 2023. The only limited exception was at his cell door for COVID testing and absolutely nothing else.

3) On October 26, 2021 the plaintiffs scrotal support straps were confiscated from his person and his property upon admittance to the Special Housing Unit.

4) Plaintiff informed Property Officer Gonzalez and C.O. John Doe that he "obviously needed" the medically approved support strap when his one testicle actually smacked the ground during the visual body examination. These same officers, along with several others, just laughed as they refused to give the plaintiff back his medical device that he desperately needed.

5) From that moment forward, plaintiff complains to every single prison and medical staff member he can in an effort to retrieve his scrotal support straps. At this time he begins to experience severe pain and other unnecessary problems. Plaintiff utilizes every channel available to him including request forms, speaking personally to staff and executive administration, and beginning the administrative remedy process.

6) In December 2021, the plaintiff gets out of the SHU and starts putting in sick call requests. After not being seen, or even responded to, the plaintiff notifies the Warden via electronic message. AW Lepe responds: "your concern and request has been forwarded to the Health Services Department" (Exhibit A). Still nothing happens!

8.

7) Next in January 2022, the plaintiff files an Informal Resolution Request with his counselor. HSA Gilliam responds by notifying plaintiffs Corrections Counselor that: "This inmate will be seen next week" (Attached Exhibit B). Unfortunately, this prisoner was never seen one time by any medical personnel from that time until he was finally transferred out of USP-Victorville over a year later.

8) Plaintiff repeatedly sought medical attention for his worsening condition this entire time and adamantly followed through on each step of the administrative remedy process (evidenced by Exhibits C-F). Sixteen months of following procedure and going through the proper channels got the plaintiff nowhere.

9) Region finally responded to his efforts to get help on March 13, 2023 but referred to his issue as "moot" since he was being transferred from USP-Victorville and that their response was for "Informational purposes only." Further, they advised him to get medical care at his next facility (Exhibit G).

10) As a result of this entire ridiculous ordeal, the failure of the defendants to address and treat the plaintiffs serious medical need has now resulted in further significant injury, the wanton infliction of unnecessary pain, and exacerbated health problems as of

11) Prison guard defendants personally denied my access to medical treatment by intentionally confiscating, and failing to return, my medical support straps

12) The medical officials and prison personnel in their personal capacity deliberately failed to by respond to my serious medical needs when they never even addressed my issues after I repeatedly notified them.

13) The complete deprivation of my medical rights should be attributed to the pain, harm, and injury inflicted upon me due to the deliberate indifference of these defendants.

I attest that all the above is true under the penalty of perjury. Dated

9.                          Johnathan Ramone Franklin  7/24/2024

TRULINCS  18852047 - FRANKLIN, JONATHAN R - Unit: VIP-B-A

------------------------------------------------------------------------------------------

FROM: USP Associate Warden
TO: 18852047
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/12/2022 07:42:02 AM

Good Morning Mr. Franklin,

Your concern and request has been forwarded to the Health Services Department.

Thank you,
C. Lepe, Associate Warden

>>> ~^!"FRANKLIN, ~^!JONATHAN R" <18852047@inmatemessage.com> 1/9/2022 12:49 PM >>>
To:
Inmate Work Assignment: N/A

My scrotum support was mistakenly tooken during the shakedown. I am medically authorized to have them. I spoke to Captain Sickle, Lt Mccoy, Warden Guiterez- and they all said they were never supposed to be took. I need them back. This has been a ongoing issue since October 26 2021

Exhibit A

Exhibit B

VIX 1330.17
10/11/2012
Page 4

2A-203

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION

**INSTITUTION (CIRCLE ONE) FCI I    FCI II   (USP)   CAMP**

NOTICE TO INMATE: Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in §542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted.

1. Complaint and resolution you expect: My Scrotum support was tocken during the Shakedown. I had Surgery on my testicks and I am medically Authorized to have them (Jock Straps/Scrotum Support). Captain Sickle, Warden, AW, Lt DeWitt told ME And Authorize me to have my scrotum Support. I NEED them back

2. Efforts you have made to informally resolve: Spoke to Warden, Captain, Lt. Muoy And they ALL SAid My Jock Straps were Not supposed to be confiscated. I NEEd my Scrotum Support- I am in PAIN- MY TESticle is hurting without my Scrotum Support

Jonathan Franklin  FRANKLIN 18852-047

Inmate's Name/Signature        Reg. No.        Date

*****************************************************************

| | FOR STAFF USE ONLY | | |
|---|---|---|---|
| 1-4-2022 (C.G) | | | 2-7-2022 ✓ |
| Date Form Issued | Date Form Returned | BP-9 Issued | BP-9 Returned |

Steps taken to resolve complaint and conclusion: HSA GILLIAM RESPONDED: THIS INMATE WILL BE SEEN NEXT WEEK.

Counselor Signature        1-19-2021
                            Date

Unit Manager's Comments: Concur with the counselor's response

Unit Manager Signature        1-19-21
                              Date

Distribution: If complaint is NOT informally resolved - Forward this original form attached to BP-9 Form to the Administrative Remedy Clerk.

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Franklin Jonathan R**            **18852-047**      **2A**         **Victorville US.**

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** I have testicular Torsion problems. My testicle was removed from two surgiers; I get Scrotum Support for this issue. Its in my Medical file, My Jock Straps (scrotum support) were confiscated on October 26, 2021 And they were NEVER supposed to be tooken (Confiscated). I spoke to Captain Sicble, I spoke to Warden Guiterrez, And Lt McCoy And they all said they weren't supposed to be confiscated. This has been An on going issue, Lt. Valli, Unit Manager Wilson, And AW Lepe has Not taken me Serious. I Am in pain with my Scrotum Support. I have Electronically Sent request to Medical, and AW. ON October 31st 2021 I Spoke to Lt. Valli, And he blew me off, I gave Unit Manager Wilson A BP-8 on November 3, 2021 And he NEVER turned the BP-8 in to get processed. I want my Scrotum support back (My Jock Straps). This issue has been going on Since October 26, 2021. Dr. Esquentin Jose, I seen him in Shu waking out And he would not stop and talk to me, I want And NEED My Jock Straps (Scrotum Support).

**2/1/2022**

DATE          *Jonathan Franklin*

          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Exhibit C

_____          _____
DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: _____

          CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          ☸          RECIPIENT'S SIGNATURE (STAFF MEMBER)
DATE                          *PRINTED ON RECYCLED PAPER*

USP.LVN          BP-229(13)
          APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Franklin Jonathan R          18952-047          2A          Victorville USP
     LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Part A - REASON FOR APPEAL : This is a follow up from my BP-9 that went unanswered. I have testicular Torsion Problem. My testicle was removed from two surgeries; I got Scrotum Support for this issue. It is in my medical file, My Jock Straps (Scrotum Support) were confiscated on October 26, 2021 and my scrotum support was NEVER supposed to be confiscated. This has been an on going issue. I am in pain without my Scrotum Support (My Jock Straps). I have Electronically sent request to medical, And AW Lepe. On October 31th, 2021, I spoke to Lt. Valli, and he blew me off. I turned in a BP-8 on Nov. 3, 2021 and it NEVER got processed. I NEED my Jock Straps (Scrotum Support) back. This issue has been going on since October 26, 2021. Dr. Esquentin Jose, I seen him in SHU walking and he would not stop and talk to me. I NEED my Scrotum Support. Still, to this day NO ONE has spoken to me about this ISSUE.

4-18-2022
    DATE

*Jonathan Franklin*
    SIGNATURE OF REQUESTER

Part B - RESPONSE

Exhibit D

_____
    DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

_____
    REGIONAL DIRECTOR

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1129808-4

Part C - RECEIPT

    CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
    DATE          SIGNATURE. RECIPIENT OF REGIONAL APPEAL

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

BP-10
7-11-2022

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Franklin Jonathan R__        __18852-047__       __2A__        __USP Victorville__
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** This is my second BP-10 based on An unanswered BP-9 that was submitted on 2-1-2022; The Regional Office stated on May 24, 2022 to RESUBMIT THROUGH A STAFF VERIFICATION REJECT REASON #3. This is a follow up from my BP-9 that went unanswered. I have testicular torsion Problems. My testicle was removed from two surgies, I get scrotum support for this issue. It is in my medical file and my BSI, my Scrotum Support was confiscated on October 26, 2021 And my scrotum support was never supposed to be taken from me. This been a on going issue, I am in pain without my Jock Straps. I have electronically sent request to Medical and AW Lepe. ON October 31st 2021 I spoke to t. Valli and he blew me off. I turned in a BP-8 on November 3, 2021 And it NEVER Got Processed. I need my scrotum Support. I have NEVER been seen by Medical since I been here on this compound. I tried to talk to Dr. Esquentin Jose in SHU but he refused to talk to me. I need my Jock Straps, still to this Day Medical has NOT uttered a word to me in the time since I been on this compound

__7/11/2022__                                              _Jonathan Franklin_
DATE                                                   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Exhibit E

---

_____                    _____
DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                    PRINTED ON RECYCLED PAPER                    BP-230(13)
    JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Franklin Jonathan R
LAST NAME, FIRST, MIDDLE INITIAL

18852-047
REG. NO.

F
UNIT

USP Lee
INSTITUTION

**Part A - REASON FOR APPEAL** I transfered to USP Lee from USP Victorville. I just received Regional Response through mail or 2023. This is just a formality before civil procedures. Regional Response is inadequate and false. Purpose for scrotum support has absolutely king to do with sports and no Medical PA, Doctor, RN, etc... —will testify under oath that I Jonathan Franklin expressed that I need athletic port to play sports, I do not play sports. My NEED for scrotum support helps me pain (testicular) from two surgeries and getting my testicle noved. Furthermore, it is document a documented fact in my PSP (Pre-Sentence-Report) that I get scrotum support. USP Victorville doesn't sell tum Support/Athletic Support/Jock straps in their commissary therefore, I must go through the medical department and special order scrotum ort through medical. AW Bypassed all the Red Tape and unscrupulous practices USP Victorville's Medical Department does and told st Fund to order my scrotum support and thats how I received my Medical Equipment; despite not receiving any medical care USP Victorville. USP Victorville hasn't spoke to me not one time. Even upon arrival I never had my initial medical screening and I ived at USP Victorville in 2019. I filed grievances, sick calls, electronic grievances, etc... Medical/PA refused to do his job. rden Guitierrez blantly lied and tried to thwart my attempts of Exhausting my Administrative Remedies. USP Victorville had no nt to confiscate my Scrotum Support then make me wait months to purchase more, then confiscate them again. Warden Gutierrez d Medical PA Esquetini are responsible and should be held liable for their actions. *Still under COVID RESTRICTIONS lunc Pro Tunc) Time enlargements due to NON availability of Unit Team staff and Lockdowns*
Received Regional Response on 4/18/2023 Through Mail.

4/25/2023
DATE

Jonathan Franklin
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Exhibit F

MAY 0 4 2023

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL

REG. NO.

UNIT

INSTITUTION

SUBJECT: _____

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

Exhibit G

1109808-R2
USP Atlanta (Event Facility: FCC Victorville)
Page 1 of 2

This is in response to your Administrative Remedy of the Warden's decision dated February 17, 2022. You allege inadequate medical care for your testicular concerns. Specifically, you claim your jock straps were confiscated and have not been returned to you. As relief, you are requesting you be provided with a jock strap.

Your appeal has been investigated. Our investigation revealed you underwent right orchiopexy in 2011. A scrotal athletic support was not medically indicated. On May 6, 2019, while incarcerated at USP Beaumont, you were evaluated by a provider. Examination revealed no emergent concerns. You expressed to the provider that you wanted to be involved in sports and you requested to be provided with a scrotal athletic support. Provider advised, a scrotal athletic support was not medically indicated, however, you could purchase one from the commissary.

Scrotal ultrasounds were conducted on April 25, 2014, and May 18, 2015, and revealed right testicle absent; left testicle ultrasound results were normal echotexture, normal flow; normal epididymis.

You were transferred from FCC Victorville on February 27, 2023, and that you are currently incarcerated in USP Atlanta as a Holdover inmate en route to your designated institution. As a result, it appears your request to have FCC Victorville provide you with a scrotal athletic support is now moot as your medical care will be provided by the Health Services staff at your designated institution.

Upon arrival at your designated institution, you will have the opportunity to have your medical concerns addressed during your medical intake screening and/or during your physical examination. If your symptoms have worsened or new symptoms arise prior to your next scheduled appointment, you should submit a new Sick Call request for further evaluation by following the local procedures for accessing medical care.

When an inmate is transferred, any non-emergent procedures approved at other facilities or institutions must be reviewed and approved at the new facility as the new treating physician (whether a Bureau physician or outside specialist) must evaluate and concur with the course of treatment.

Be advised, claims of missing property is handled through tort claim protocols. Pursuant to VIX Supplement, 5580.08, Inmate Personal Property, section G.2. states, "Any staff member who confiscates inmate property will complete Section 1-6 of BP-Record-402(58), Confiscation and Disposition of Contraband. The staff member will have the inmate sign the receipt and provide the inmate with a copy of the inventory as soon as practicable. The inmate has seven (7) days to prove ownership of all confiscated property."

The Bureau of Prisons takes allegations of staff misconduct seriously. All staff are held to a high standard of treating inmates fairly, impartially, and humanely. Staff misconduct allegations are reviewed, and, if a determination is reached that an investigation is warranted, it is referred to the proper investigating authority. However, information concerning staff conduct and performance is protected by the Privacy Act, 5 U.S.C. §552(a).

1109808-R2
USP Atlanta (Event Facility: FCC Victorville)
Page **2** of **2**

Accordingly, this response is for informational purposes only.  If dissatisfied with this response,
you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW,
Washington, D.C. 20534.  Your appeal must be received in the General Counsel's office within
30 calendar days of the date of this response.

3|13|23
Date

M. Rios-Marques, Regional Director



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, California 95219_

December 12, 2022

Jonathan Franklin
Reg. No. 18852-047
United States Penitentiary
PO BOX 3900
Victorville, CA 92301

RE:    Administrative Claim No. TRT-WXR-2023-01650 Received: December 5, 2022

Dear Mr. Franklin:

This acknowledges receipt of your Claim for Damage, Injury or Death (Standard Form 95) submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Los Angeles Consolidated Legal Center will be handling your claim for investigation and response. Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

Eliezer Ben-Shmuel
Supervisory Attorney
MDC Los Angeles
535 N. Alameda Street
Los Angeles, CA 90012

Sincerely,

For D. Wong
DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg

Exhibit

H



**U. S. Department of Justice**
**Federal Bureau of Prisons**

*Los Angeles Consolidated Legal Center*
*Metropolitan Detention Center Los Angeles*

535 N. Alameda Street
Los Angeles, CA 90012

DATE MAILED: OCT 11 2023

Jonathan Franklin
Reg. No. 18852-047
USP LEE
U.S. PENITENTIARY
P.O. BOX 305
JONESVILLE, VA   24263

RE:   Administrative Claim No. TRT-WXR-2023-01650

Dear Claimant:

This is in response to your status inquiry dated July 18, 2023.
Your claim is currently being investigated.  You will be notified
of the agency's determination of your claim once the investigation
has been completed.

Sincerely,

Eliezer Ben-Shmuel
Supervisory Attorney

Dennis M. Wong
Western Regional Counsel

Exhibit

I

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  18852-047                          Inmate Name:  FRANKLIN, JONATHAN R

___ Medical Hold: Do not transfer inmate for Medical Reason.

## Housing Status

___ confined to the living quarters except ___ meals ___ pill line ___ treatments    Exp. Date: _____

___ on complete bed rest: ___ bathroom privileges only                               Exp. Date: _____

___ cell: ___ cell on first floor ___ single cell ___ lower bunk ___ airborne infection isolation    Exp. Date: _____

___ other: _____                        Exp. Date: _____

## Physical Limitation/Restriction

___ all sports                                                                       Exp. Date: _____

___ weightlifting: ___ upper body ___ lower body                                     Exp. Date: _____

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball        Exp. Date: _____
              ___ football ___ basketball ___ handball ___ stationary equipment

___ other: _____                        Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Personal Adaptive Equipment | 03/28/2019 | | |
|   XL scrotal support | | | |

## Work Restriction / Limitation:

Cleared for Food Service:  **Yes**_____

**X**  No Restrictions

## Restraint Restrictions:

___ cuff only front    ___ no leg irons    ___ no face down position in four-point restraints

___ no CN gas    ___ no pepper spray

___ no cuff: ___ right arm ___ left arm ___ right leg ___ left leg

___ other: _____    Exp. Date: _____

**Comments:**  CL1

| Spinner, K. RN | 03/29/2024 |
|---|---|
| Health Services Staff | Date |

Inmate Name: ____ **FRANKLIN, JONATHAN R**    Reg #: **18852-047**    Quarters: **N04**

*ALL EXPIRATION DATES ARE AT 24:00*

Exhibit J

## Bureau of Prisons
### Health Services
### Medical Duty Status

| Reg #:  18852-047 | Inmate Name:   FRANKLIN, JONATHAN R |
|---|---|

**Housing Status**

___ confined to the living quarters except ___ meals ___ pill line ___ treatments    Exp. Date: _____

___ on complete bed rest: ___ bathroom privileges only    Exp. Date: _____

___ cell:  ___ cell on first floor ___ single cell ___ lower bunk ___ airborne infection isolation Exp. Date: _____

**X** other:  He can have an athletic supporter    Exp. Date:  03/31/2023

**Physical Limitation/Restriction**

___ all sports    Exp. Date: _____

___ weightlifting: ___ upper body ___ lower body    Exp. Date: _____

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball    Exp. Date: _____
___ football ___ basketball ___ handball ___ stationary equipment

___ other: _____    Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Personal Adaptive Equipment | 07/28/2019 | | |
| XL scrotal support | | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  Yes ___

**X** No Restrictions

**Comments:**  CL1

| | | |
|---|---|---|
| _____ Esquetini, Jose PA-C | | 03/01/2022 |
| Health Services Staff | | Date |

Inmate Name: _____ FRANKLIN, JONATHAN R _____ Reg #:  18852-047   Quarters:  **Z03**

*ALL EXPIRATION DATES ARE AT 24:00*

Exhibit K







Jonathan Franklin #18852-047
Federal Correctional Institution RayBrook
Po Box 900
RayBrook, NY 12977

⇔18852-047⇔
Clerk Of Court
312 N Spring ST
U.S. Courthouse
LOS Angeles, CA 90012
United States

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 31 2024

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

CERTIFIED MAIL®

STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

