1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JONATHAN RAMONE FRANKLIN,

Plaintiff,

v.

JOSE ESQUETINI, ET AL.,

Defendants.

Case No. 2:24-cv-06528-FWS-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Motion to Dismiss filed by Defendants Jose Esquetini and Randal Gilliam is GRANTED IN PART; (2) Plaintiff's Complaint is DISMISSED WITH LEAVE TO AMEND; (3) Plaintiff shall have thirty (30) days from the date of this Order to file an amended complaint; and (4) Defendants Gonzalez and John Doe are DISMISSED WITHOUT PREJUDICE for failure to

effectuate service under Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

DATED:  September 19, 2025

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE