# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RAMONE FRANKLIN,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ESQUETINI, ET AL.,<br><br>Defendants. | Case No. 2:24-cv-06528-FWS-AJR<br><br>**AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

On or about September 19, 2025, this Court issued the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge. (Dkt. 39 ("Order").) The Order noted that "[t]he time for filing objections has passed and the Court has not received any objections." (*Id.*) On or about September 22, 2025, the Clerk's Office received Objections from Plaintiff. (Dkt. 41. ("Plaintiff's Objections").)

The Court has now reviewed Plaintiff's Objections and conducted a *de novo* review of those portions of the Report and Recommendation, (Dkt. 34 ("Report and Recommendation")), to which Plaintiff objected. Having conducted a *de novo* review, Plaintiff's Objections do not cause this Court to alter or modify the Order

regarding the Report and Recommendation, and the Court continues to concur with and accept the findings and conclusions of the Magistrate Judge in the Report and Recommendation. Accordingly, the Court declines to alter or modify the Order and the Order remains unchanged.

**IT IS SO ORDERED**.

Dated: October 15, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE