JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN RAMONE FRANKLIN, | Case No. 2:24-cv-06528-FWS-AJR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOSE ESQUETINI, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for failure to prosecute and failure to comply with Court orders.

Dated: March 3, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE